# SILVERMAN PERLSTEIN & ACAMPORA LLP

ATTORNEYS

100 JERICHO QUADRANGLE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE 516-479-6300

LYNNE M. MANZOLILLO
PARALEGAL COORDINATOR

February 1, 2006

FACSIMILE 516-479-6301
E-MAIL LMM@SPALLP.COM

**Via Facsimile Transmission**
Clerk of the Court
Attn: Chuck Ng
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re: Lord Electric Company, Inc.
**Case No: 89B-10952 (PCB)**
Chapter 7
Our File No. 15970

Dear Mr. Ng:

Pursuant to our telephone conversation yesterday, listed below are the names and addresses of claimants and the amounts of their unclaimed final distributions in the above referenced matter.

| Claimant | Amount of Check |
|---|---|
| Donald M. Jones<br>4 Winding Ridge Road<br>West Sand Lake, NY 12196 | $3,555.17 |
| Richard M. Pearce<br>1710 Forrest Avenue<br>St. Charles, IL 60174-4517 | $281.94 |
| Charles J. Peckham<br>2706 Phillips Avenue<br>Glenshaw, PA 15116-1618 | $4,227.79 |
| Gary C. Barger<br>9277 Bayberry Ave.<br>Manassas, VA 22110-4611 | $444.81 |
| Donald M. Jones<br>4 Winding Ridge Road<br>West Sand Lake, NY 12196 | $1,198.50 |
| Richard M. Pearce<br>1710 Forrest Avenue<br>St. Charles, IL 60174-4517 | $130.93 |
| Total | $9,839.14 |

mm/D210236v/F015970

Pg. 305

**SILVERMAN PERLSTEIN & ACAMPORA LLP**
ATTORNEYS

Mr. Chuck Ng
United States Bankruptcy Court
February 1, 2006
Page 2

    If you have any questions with regard to the foregoing, please do not hesitate to contact me.

Very truly yours,

*Lynne M. Manzolillo*

LMM/lk
Encl.
cc: Kenneth P. Silverman, Esq., Trustee